COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Rachael Braud v. Nathan Lane Robert

Appellate case number:     01-19-00163-CV

Trial court case number:   2017-64891

Trial court:                     245th District Court of Harris County

After the court reporter advised this Court that appellant had not made financial arrangements for the preparation and filing of the reporter's record, appellant filed an affidavit of indigence in this Court stating that she could afford to pay the appellate filing fee of $175, but she did not state that she could not afford to pay other court costs. Rule 145 of the Texas Rules of Civil Procedure applies when the issue is ability to afford costs of the appellate record. *See* TEX. R. CIV. P. 145(c).

Because appellant's affidavit did not meet the requirements of the rule, the Court issued an order directing appellant to file a Statement of Inability in the trial court. A supplemental clerk's record filed in April 2020 revealed that appellant filed the affidavit of indigence but not a statement of inability in the trial court. The Court subsequently issued another order, attaching a form Statement of Inability, and directed appellant to complete the form and **file** it in the trial court.

A supplemental clerk's record filed on July 20, 2020, indicated that appellant had not filed the statement of inability in the trial court. Absent a statement of inability or other document stating under oath that appellant cannot afford to pay court costs, including the appellate record, appellant has not met the requirements to avoid payment of the clerk's record or the reporter's record. A notice issued in July 2019 that the appeal might be dismissed unless appellant made financial arrangements for the filing of the clerk's record or established her inability to afford the costs. Unless appellant establishes her inability to afford to pay the costs of the appellate record by filing in the trial court either the statement of inability attached to this order or an amended affidavit of indigence that states she is unable to afford the costs of the appellate record or costs on appeal other than the filing fee, the threat of dismissal continues to exist.

Accordingly, this Court **ORDERS** appellant to file a **Statement of Inability** (form attached) in the trial court or file an amended affidavit of indigence in the trial court stating her inability to afford payment of courts costs other than the filing fee. Additionally, appellant must also **provide to this Court proof of filing** of this document in the trial court by requesting a supplemental clerk's record to be filed in this Court containing the Statement of Inability or

amended affidavit of indigence **within 20 days of the date of this order.** If appellant fails to file this supplemental clerk's record, the **Court may dismiss the appeal.** *See* TEX. R. APP. P. 42.3; *Manley v. Love's Travel Stop*, No. 01-17-00450-CV, 2018 WL 542409, at *1 (Tex. App.—Houston [1st Dist.] Jan. 25, 2018, no pet.) (dismissing for failure to file Statement of Inability as ordered and failing to pay fee).

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
               ☑ Acting individually    ☐ Acting for the Court


Date: ___September 10, 2020_____

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: _____
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: _____
*(Print first and last name of the person being sued.)*

In the *(check one)*:
- ☐ District Court
- ☐ County Court / County Court at Law
- ☐ Justice Court

*Court Number*

_____ Texas
*County*

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

## 1. Your Information

My full legal name is: _____ My date of birth is: ___ /___ /___
    *First       Middle       Last*                     *Month/Day/Year*

My address is: *(Home)* _____

           *(Mailing)* _____

My phone number: _____ My email: _____

About my **dependents:** "The people who depend on me financially are listed below.

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

## 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

**-or-**

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

**or-**

☐ I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**

☐ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☐ Food stamps/SNAP   ☐ TANF ☐ Medicaid  ☐ CHIP  ☐ SSI  ☐ WIC  ☐ AABD
☐ Public Housing or Section 8 Housing  ☐ Low-Income Energy Assistance  ☐ Emergency Assistance
☐ Telephone Lifeline    ☐ Community Care via DADS   ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension  ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

**4. What is your monthly income and income sources?**

"I get this monthly income:

$_____ in monthly wages. I work as a _____ for _____ .
*Your job title*                                 *Your employer*

$_____ in monthly unemployment.  I have been unemployed since *(date)* _____ .

$_____ in public benefits per month.

$_____ from other people in my household each month: *(List only if other members contribute to your household income.)*

$_____ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
☐ Social Security  ☐ Military Housing  ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$_____ from other jobs/sources of income. *(Describe)* _____

$_____ is my *total* **monthly** income.

**5. What is the value of your property?**

"My **property** includes:                                  **Value***

| | |
|---|---|
| Cash | $_____ |
| Bank accounts, other financial assets | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| Vehicles (cars, boats) *(make and year)* | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| *Total* value of property → | $_____ |

**6. What are your monthly expenses?**

"My **monthly expenses** are:                                  **Amount**

| | |
|---|---|
| Rent/house payments/maintenance | $_____ |
| Food and household supplies | $_____ |
| Utilities and telephone | $_____ |
| Clothing and laundry | $_____ |
| Medical and dental expenses | $_____ |
| Insurance (life, health, auto, etc.) | $_____ |
| School and child care | $_____ |
| Transportation, auto repair, gas | $_____ |
| Child / spousal support | $_____ |
| Wages withheld by court order | $_____ |
| Debt payments paid to: *(List)* | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| *Total* Monthly Expenses → | $_____ |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: *(List debt and amount owed)* _____

_____ "

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* **Check here if you attach another page.** ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☐ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _____ . My date of birth is : ___ /___ /_____ .

My address is _____
                        *Street*                    *City*          *State*        *Zip Code*      *Country*

▶ _____ signed on ___ / ___ / ___ in _____ County, _____
*Signature*                                      *Month/Day/Year*        *county name*                    *State*

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*